IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00188-CR-W-HFS |
| LADD E. CALLEN | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on September 25, 2020, before Magistrate Judge Lajuana M. Counts, defendant entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) and (B) to Count One of the Indictment charging defendant with a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and 846, that is, conspiracy to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine (Doc. #1, at 2), and Count Three of the Indictment charging defendant Callen with a violation of 18 U.S.C. §924(c)(1)(A), that is, possession of a firearm in furtherance of a drug trafficking crime (Doc. #1, at 2).

In a Report and Recommendation dated September 25, 2020 (Doc. 49), Judge Counts determined that the guilty plea was knowledgeable and voluntary and that the offenses charged were supported by an independent basis in fact containing each of the essential elements of such offenses.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 49) and ACCEPT defendant's guilty plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

s/ HOWARD F. SACHS  
HOWARD F. SACHS  
United States District Judge

Dated: October 23, 2020  
Kansas City, Missouri